UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                       Plaintiff,                    **MEMORANDUM**

       -against-                                    24 Cr. 276 (KMK)

JOSE RAFAEL PARRA SANTOS,

                       Defendant.
-------------------------------------------------------------X

TO: <u>Kenneth M. Karas, United States District Judge:</u>

       Please find attached a transcript of the May 2, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: June 7, 2024
       White Plains, New York

                                                              Respectfully Submitted,

                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge